OPINION — AG — ** TRAVEL — BANKING BOARD — FROM RESIDENCE ** THE STATE BANKING BOARD MEMBERS 'ARE' ENTITLED TO COMPENSATION UNDER 6 O.S. 202 [6-202](D), AND ALSO MAY BE REIMBURSED FOR AUTHORIZED EXPENSES UNDER THE TERMS OF THE STATE TRAVEL REIMBURSEMENT ACT, 74 O.S. 500.1 [74-500.1] ET SEQ. (MILEAGE, MEETINGS, LODGING, STATE AGENCY, EMPLOYEE, CLAIMS) CITE: 6 O.S. 202 [6-202](D), 25 O.S. 1 [25-1], 74 O.S. 500.2 [74-500.2], 74 O.S. 500.1 [74-500.1] qi(GEORGE R. BARR)